Mathew K. Higbee, Esq., SBN 241380
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8350
(714) 597-6559 facsimile
mhigbee@higbeeassociates.com

*Attorney for Plaintiff,*
TROY COVEY

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| TROY COVEY, | **Case No. 2:22-cv-03944-MWF-PDx** |
|---|---|
| Plaintiff, | **DECLARATION OF MATHEW K. HIGBEE** |
| v. | |
| **SEVENSKIN BEAUTY LLC; OLIVIA GRIFFIAN, individually; and DOES 1-10, inclusive**, | |
| Defendants. | |

1
**DECLARATION OF MATHEW K. HIGBEE**

## DECLARATION OF MATHEW K. HIGBEE

I, Mathew K. Higbee Carreon, declare as follows:

1.    I am an attorney at law, duly admitted to practice before the Courts of the State of California and the United States District Court for the Central District of California.

2.    I am the attorney for Plaintiff Troy Covey ("Covey") in the above-captioned action.

3.    I make this Declaration in support of Plaintiff's Motion requesting that the Court enter judgment by default against Defendants SevenSkin Beauty LLC ("SevenSkin") and Olivia Griffian ("Griffian") (collectively, "Defendants").

4.    I have personal knowledge of the following facts, and, if called as a witness, I could and would testify as follows:

5.    Defendant is a California limited liability company.

6.    According to the California Secretary of State website, Defendant Sevenskin's agent for service of process is Olivia Griffian located at 1121 Queen Anne Place, Los Angeles, California 90019.

7.    Attached hereto as Exhibit "1" is a true and correct screenshot of the California Secretary of State website entry for SevenSkin Beauty LLC showing SevenSkin's Entity Type is a limited liability company and its Agent is Olivia Griffian.

8.    According to the SevenSkin Beauty LLC's Statement of Information filed with the California Secretary of State, Olivia Griffian is the manager or member of Defendant SevenSkin.

9.    Attached hereto as Exhibit "2" is a true and correct copy of the SevenSkin Beauty LLC's Statement of Information filed with the California Secretary of State on February 25, 2021.

10.    On or about June 16, 2022, Defendant SevenSkin was served through its Registered Agent, Olivia Griffian, pursuant to Rule 4 of the Federal Rules of

Civil Procedure. *See* Doc. No. 20.

11.     On July 19, 2022, an executed Proof of Service was filed with the Court for Defendant SevenSkin. *Id.*

12.     On or about June 16, 2022, Defendant Griffian was served with the Summons and the Complaint pursuant to Rule 4 of the Federal Rules of Civil Procedure. *See* Doc. No. 14.

13.     On June 24, 2022, an executed Proof of Service was filed with the Court for Defendant Griffian. *Id.*

14.     On July 8, 2022, an associate attorney assisting me with this matter sent an email to Olivia Griffian at the email address listed on the SevenSkin Beauty Website, sevenskinbeauty@gmail.com, and reminded Ms. Griffian of the lawsuit and advised Ms. Griffian that Plaintiff's counsel had begun proceedings to seek a default judgment against the named-defendants in the Complaint because no response had been filed within the prescribed period of time under the Federal Rules.

15.     Attached hereto as Exhibit "3" is a true and correct copy of the July 8, 2022 email sent to Olivia Griffian.

16.     On July 21, 2022, the Clerk entered Default against SevenSkin Beauty [Doc. 22], and on July 12, 2022, the Clerk entered Default against Olvia Griffian [Doc. 19].

17.     I am informed and believe that Defendants are not minors, incompetent, or in the military services, and that the Service Members Civil Relief Act of 2003 (50 U.S.C. App. § 501 et seq.) does not apply.

## REGISTRATION OF THE SKINCARE PHOTOGRAPH

18.     Covey registered the Skincare Photograph with the United States Copyright Office under Registration Number VAu 1-349-196.

19.     Attached hereto as Exhibit "4" is a true and correct copy of Registration Number VAu 1-349-196.

20.     Registration Number VAu 1-349-196 has an effective registration date

**DECLARATION OF MATHEW K. HIGBEE**

of March 18, 2019, and the photographs covered in the registration, including the Skincare Photograph, were unpublished at the time of registration. *See* Exhibit D.

## DAMAGES

21.     Plaintiff has elected to recover statutory damages pursuant to 17 U.S.C. § 504(c) of the Copyright Act and requests that the Court award $8,000 in damages.

22.     Although Covey alleges that the infringement was willful, the amount of damages sought is within in the range of statutory awards for non-willful infringements under 17 U.S.C. § 504(c)(1).

23.     As explained in the Motion, Plaintiff may elect statutory damages regardless of the adequacy of the evidence offered as to actual damages. However, the statutory damages should bear some relationship to the actual damages suffered, and the requested amount of $8,000.00 bears a relationship to Covey's previous licensing history of similar photographs for similar use.

24.     For example, in 2020, Covey licensed four similar beauty portrait photographs for one year to a cosmetic company for commercial use on its website for $1,600 per photograph.

25.     Attached hereto as Exhibit "5" is a true and correct copy of a license for use of four of Mr. Covey's beauty portrait photographs on a beauty and cosmetic company website showing each image was licensed for approximately $1600 each. The customer information has been redacted for privacy purposes.

26.     Although the Court is empowered to award up to $150,000 for willful infringement pursuant Section 504(c)(2) of the Copyright Act, here, Covey believes a statutory award of $8,000, or approximately five times the licensing value, would be reasonable and sufficient to punish and deter future conduct.

## ATTORNEYS' FEES AND COSTS

27.     Finally, as the prevailing party, Plaintiff is entitled to an award of attorneys' fees and full costs under 17 U.S.C. § 505.

28.     My hourly rate is $450 per hour. I have spent 1.00 hour prosecuting this

4

DECLARATION OF MATHEW K. HIGBEE

matter which included reviewing my associate's work on this case, for a total of $450.00

29.    The hourly rate for the associate attorney who assisted me with this case is $250 per hour. She spent 10 hours prosecuting this matter which included researching this claim; communicating with the Plaintiff; and drafting the Complaint, this Motion, and all supporting documents associated with this Motion, for a total of $2,500.00.

30.    The hourly rate for my paralegal is $125 per hour. She has spent approximately 1.00 hour assisting me in this matter which included coordinating service of process and filing the pleadings and other documents with the Court, for a total of $125.00.

31.    Additionally, my client has incurred costs of $632 in the form of a $402 filing fee and $230 in service of process fees.

32.    Attached as Exhibit "6" are receipts for the filing fee and process server costs.

33.    I have served copies of the filed Notice of Motion and Motion for Default Judgment; Declaration of Mathew K. Higbee; and [Proposed] Order for Judgment on Defendant SevenSkin's Registered Agent and Defendant Griffian by mailing copies thereof as indicated on the Certificate of Service included as the last page on the Notice of Motion and Motion for Default Judgment.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States of America.

Executed this August 26, 2022 at Santa Ana, California,

**/s/ Mathew K. Higbee**
Mathew K. Higbee

**DECLARATION OF MATHEW K. HIGBEE**