# Exhibit 1



# Exhibit 2



**Secretary of State**
**Statement of Information**
(Limited Liability Company)

**LLC-12**

21-B05576

# FILED

In the office of the Secretary of State
of the State of California

FEB 25, 2021

**This Space For Office Use Only**

**IMPORTANT —** Read instructions **before completing this form.**

**Filing Fee – $20.00**

**Copy Fees –** First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**1.  Limited Liability Company Name** (Enter the exact name of the LLC.  If you registered in California using an alternate name, see instructions.)

SEVENSKIN BEAUTY LLC

| **2.  12-Digit Secretary of State File Number** | **3.  State, Foreign Country or Place of Organization** (only if formed outside of California) |
|---|---|
| 202104310490 | CALIFORNIA |

**4.  Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box<br>1121 Queen Anne Place | Los Angeles | CA | 90019 |
| b. Mailing Address of LLC, **if different than item 4a**<br>1121 Queen Anne Place | Los Angeles | CA | 90019 |
| c. Street Address of **California** Office, if Item 4a is not in California - Do not list a P.O. Box<br>1121 Queen Anne Place | Los Angeles | CA | 90019 |

**5.  Manager(s) or Member(s)**

If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank).  If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank).  Note:  The LLC cannot serve as its own manager or member.  If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Olivia | | Griffian | |

| b. Entity Name - Do not complete Item 5a | | | |
|---|---|---|---|
| | | | |

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 1121 Queen Anne Place | Los Angeles | CA | 90019 |

**6.  Service of Process** (Must provide either Individual **OR** Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only.  Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Olivia | | Griffian | |

| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 1121 Queen Anne Place | Los Angeles | CA | 90019 |

**CORPORATION** – Complete Item 6c only.  Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b |
|---|
| |

**7.  Type of Business**

| a. Describe the type of business or services of the Limited Liability Company |
|---|
| Skincare |

**8.  Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Olivia | | Griffian | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 1121 Queen Anne Place | Los Angeles | CA | 90019 |

**9.  The Information contained herein, including any attachments, is true and correct.**

| 02/25/2021 | Olivia Griffian | Owner | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:  ⌐              ⌐

Company:

Address:

City/State/Zip:  ⌐              ⌐

LLC-12 (REV 01/2017)                    Page 1 of 1                    2017 California Secretary of State
www.sos.ca.gov/business/be

# Exhibit 3



**From:** **Jayma Leath** jleath@higbeeassociates.com
**Subject:** Covey v. Sevenskin et al Case No. 2:22-cv-03944-MWF-PDx
**Date:** July 8, 2022 at 5:00 PM
**To:** sevenskinbeauty@gmail.com
**Cc:** Jayma Leath  jleath@higbeeassociates.com,  Mathew Higbee  mhigbee@higbeeassociates.com

Ms. Griffian,

Higbee & Associates represent Mr. Covey in the above-titled case concerning the unauthorized use of our Client's images.  On June 16, 2022, you were served with the Summons and Complaint in this matter.  We did not receive a response within the prescribed period of time under the Federal Rules. Accordingly, we have begun proceedings to seek a default judgment against the named-defendants in the Complaint which include you, personally, as well as your business.

Once a plaintiff files a motion for default with a court, generally the court will take the allegations in the complaint as true, issue a default judgment, and award damages, legal fees, and costs based on the valuation the plaintiff provides to the court. Once a default judgment is issued, it is difficult to reverse.

There is still a small window of time for you to participate in this process and negotiate a settlement.  If this is the route you choose to take, please contact me or have your attorney contact me immediately via email or at the phone number below as I am assisting Mathew Higbee with this matter.

Thank you,

Jayma Leath, Esq.
Associate Attorney
Copyright Division

Law Firm of Higbee & Associates (https://www.higbeeassociates.com)
1504 Brookhollow Dr., Suite 112, Santa Ana, CA 92705
Direct: (714) 617-8350
Phone: (800) 716-1245  Fax: (714) 597-6559

# Exhibit 4

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Taylor*

Acting United States Register of Copyrights and Director

**Registration Number**
**VAu 1-349-196**

**Effective Date of Registration:**
March 18, 2019

## Copyright Registration for a Group of Unpublished Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(j)

### Title _____

|  |  |
|---|---|
| **Title of Group:** | VERSED01-GROUP_4_OF_5 |
| **Number of Photographs in Group:** | 750 |

- **Individual Photographs:** VERSED01-19-02-12-H_089.jpg, VERSED01-19-02-12-H_090.jpg, VERSED01-19-02-12-H_091.jpg, VERSED01-19-02-12-H_092.jpg, VERSED01-19-02-12-H_093.jpg, VERSED01-19-02-12-H_094.jpg, VERSED01-19-02-12-H_095.jpg, VERSED01-19-02-12-H_096.jpg, VERSED01-19-02-12-H_097.jpg, VERSED01-19-02-12-H_098.jpg, VERSED01-19-02-12-H_099.jpg, VERSED01-19-02-12-H_100.jpg, VERSED01-19-02-12-H_101.jpg, VERSED01-19-02-12-H_102.jpg, VERSED01-19-02-12-H_103.jpg, VERSED01-19-02-12-H_104.jpg, VERSED01-19-02-12-H_105.jpg, VERSED01-19-02-12-H_106.jpg, VERSED01-19-02-12-H_107.jpg, VERSED01-19-02-12-H_108.jpg, VERSED01-19-02-12-H_109.jpg, VERSED01-19-02-12-H_110.jpg, VERSED01-19-02-12-H_111.jpg, VERSED01-19-02-12-H_112.jpg, VERSED01-19-02-12-H_113.jpg, VERSED01-19-02-12-H_114.jpg, VERSED01-19-02-12-H_115.jpg, VERSED01-19-02-12-H_116.jpg, VERSED01-19-02-12-H_117.jpg, VERSED01-19-02-12-H_118.jpg, VERSED01-19-02-12-H_119.jpg, VERSED01-19-02-12-H_120.jpg, VERSED01-19-02-12-H_121.jpg, VERSED01-19-02-12-H_122.jpg, VERSED01-19-02-12-H_123.jpg, VERSED01-19-02-12-H_124.jpg, VERSED01-19-02-12-H_125.jpg, VERSED01-19-02-12-H_126.jpg, VERSED01-19-02-12-H_127.jpg, VERSED01-19-02-12-H_128.jpg, VERSED01-19-02-12-H_129.jpg, VERSED01-19-02-12-H_130.jpg, VERSED01-19-02-12-H_131.jpg, VERSED01-19-02-12-H_132.jpg, VERSED01-19-02-12-H_133.jpg, VERSED01-19-02-12-H_134.jpg, VERSED01-19-02-12-H_135.jpg, VERSED01-19-02-12-H_136.jpg, VERSED01-19-02-12-H_137.jpg, VERSED01-19-02-12-H_138.jpg, VERSED01-19-02-12-H_139.jpg, VERSED01-19-02-12-H_140.jpg, VERSED01-19-02-12-H_141.jpg, VERSED01-19-02-12-H_142.jpg, VERSED01-19-02-12-H_143.jpg, VERSED01-19-02-12-H_144.jpg, VERSED01-19-02-12-H_145.jpg, VERSED01-19-02-12-H_146.jpg, VERSED01-19-02-12-H_147.jpg, VERSED01-19-02-12-H_148.jpg,

- **Individual Photographs:** VERSED01-19-02-12-H_149.jpg, VERSED01-19-02-12-H_150.jpg, VERSED01-19-02-12-H_151.jpg, VERSED01-19-02-12-H_152.jpg, VERSED01-19-02-12-H_153.jpg, VERSED01-19-02-12-H_154.jpg, VERSED01-19-02-12-H_155.jpg, VERSED01-19-02-12-H_156.jpg, VERSED01-19-02-12-H_157.jpg, VERSED01-19-02-12-H_158.jpg,

VERSED01-19-02-12-H_159.jpg, VERSED01-19-02-12-H_160.jpg,
VERSED01-19-02-12-H_161.jpg, VERSED01-19-02-12-H_162.jpg,
VERSED01-19-02-12-H_163.jpg, VERSED01-19-02-12-H_164.jpg,
VERSED01-19-02-12-H_165.jpg, VERSED01-19-02-12-H_166.jpg,
VERSED01-19-02-12-H_167.jpg, VERSED01-19-02-12-H_168.jpg,
VERSED01-19-02-12-H_169.jpg, VERSED01-19-02-12-H_170.jpg,
VERSED01-19-02-12-H_171.jpg, VERSED01-19-02-12-H_172.jpg,
VERSED01-19-02-12-H_173.jpg, VERSED01-19-02-12-H_174.jpg,
VERSED01-19-02-12-H_175.jpg, VERSED01-19-02-12-H_176.jpg,
VERSED01-19-02-12-H_177.jpg, VERSED01-19-02-12-H_178.jpg,
VERSED01-19-02-12-H_179.jpg, VERSED01-19-02-12-H_180.jpg,
VERSED01-19-02-12-H_181.jpg, VERSED01-19-02-12-H_182.jpg,
VERSED01-19-02-12-H_183.jpg, VERSED01-19-02-12-H_184.jpg,
VERSED01-19-02-12-H_185.jpg, VERSED01-19-02-12-H_186.jpg,
VERSED01-19-02-12-H_187.jpg, VERSED01-19-02-12-H_188.jpg,
VERSED01-19-02-12-H_189.jpg, VERSED01-19-02-12-H_190.jpg,
VERSED01-19-02-12-H_191.jpg, VERSED01-19-02-12-H_192.jpg,
VERSED01-19-02-12-H_193.jpg, VERSED01-19-02-12-H_194.jpg,
VERSED01-19-02-12-H_195.jpg, VERSED01-19-02-12-H_196.jpg,
VERSED01-19-02-12-H_197.jpg, VERSED01-19-02-12-H_198.jpg,
VERSED01-19-02-12-H_199.jpg, VERSED01-19-02-12-H_200.jpg,
VERSED01-19-02-12-H_201.jpg, VERSED01-19-02-12-H_202.jpg,
VERSED01-19-02-12-H_203.jpg, VERSED01-19-02-12-H_204.jpg,
VERSED01-19-02-12-H_205.jpg, VERSED01-19-02-12-H_206.jpg,
VERSED01-19-02-12-H_207.jpg, VERSED01-19-02-12-H_208.jpg,

- **Individual Photographs:**  VERSED01-19-02-12-H_209.jpg, VERSED01-19-02-12-H_210.jpg,
VERSED01-19-02-12-H_211.jpg, VERSED01-19-02-12-H_212.jpg,
VERSED01-19-02-12-H_213.jpg, VERSED01-19-02-12-H_214.jpg,
VERSED01-19-02-12-H_215.jpg, VERSED01-19-02-12-H_216.jpg,
VERSED01-19-02-12-H_217.jpg, VERSED01-19-02-12-H_218.jpg,
VERSED01-19-02-12-H_219.jpg, VERSED01-19-02-12-H_220.jpg,
VERSED01-19-02-12-H_221.jpg, VERSED01-19-02-12-H_222.jpg,
VERSED01-19-02-12-H_223.jpg, VERSED01-19-02-12-H_224.jpg,
VERSED01-19-02-12-H_225.jpg, VERSED01-19-02-12-H_226.jpg,
VERSED01-19-02-12-H_227.jpg, VERSED01-19-02-12-H_228.jpg,
VERSED01-19-02-12-H_229.jpg, VERSED01-19-02-12-H_230.jpg,
VERSED01-19-02-12-H_231.jpg, VERSED01-19-02-12-H_232.jpg,
VERSED01-19-02-12-H_233.jpg, VERSED01-19-02-12-H_234.jpg,
VERSED01-19-02-12-H_235.jpg, VERSED01-19-02-12-H_236.jpg,
VERSED01-19-02-12-H_237.jpg, VERSED01-19-02-12-H_238.jpg,
VERSED01-19-02-12-H_239.jpg, VERSED01-19-02-12-H_240.jpg,
VERSED01-19-02-12-H_241.jpg, VERSED01-19-02-12-H_242.jpg,
VERSED01-19-02-12-H_243.jpg, VERSED01-19-02-12-H_244.jpg,
VERSED01-19-02-12-H_245.jpg, VERSED01-19-02-12-H_246.jpg,
VERSED01-19-02-12-H_247.jpg, VERSED01-19-02-12-H_248.jpg,
VERSED01-19-02-12-H_249.jpg, VERSED01-19-02-12-H_250.jpg,
VERSED01-19-02-12-H_251.jpg, VERSED01-19-02-12-H_252.jpg,
VERSED01-19-02-12-H_253.jpg, VERSED01-19-02-12-H_254.jpg,
VERSED01-19-02-12-H_255.jpg, VERSED01-19-02-12-H_256.jpg,
VERSED01-19-02-12-H_257.jpg, VERSED01-19-02-12-H_258.jpg,
VERSED01-19-02-12-H_259.jpg, VERSED01-19-02-12-H_260.jpg,
VERSED01-19-02-12-H_261.jpg, VERSED01-19-02-12-H_262.jpg,
VERSED01-19-02-12-H_263.jpg, VERSED01-19-02-12-H_264.jpg,
VERSED01-19-02-12-H_265.jpg, VERSED01-19-02-12-H_266.jpg,
VERSED01-19-02-12-H_267.jpg, VERSED01-19-02-12-H_268.jpg,



- **Individual Photographs:** VERSED01-19-02-12-H_269.jpg, VERSED01-19-02-12-H_270.jpg, VERSED01-19-02-12-H_271.jpg, VERSED01-19-02-12-H_272.jpg, VERSED01-19-02-12-H_273.jpg, VERSED01-19-02-12-H_274.jpg, VERSED01-19-02-12-H_275.jpg, VERSED01-19-02-12-H_276.jpg, VERSED01-19-02-12-H_277.jpg, VERSED01-19-02-12-H_278.jpg, VERSED01-19-02-12-H_279.jpg, VERSED01-19-02-12-H_280.jpg, VERSED01-19-02-12-H_281.jpg, VERSED01-19-02-12-H_282.jpg, VERSED01-19-02-12-H_283.jpg, VERSED01-19-02-12-H_284.jpg, VERSED01-19-02-12-H_285.jpg, VERSED01-19-02-12-H_286.jpg, VERSED01-19-02-12-H_287.jpg, VERSED01-19-02-12-H_288.jpg, VERSED01-19-02-12-H_289.jpg, VERSED01-19-02-12-H_290.jpg, VERSED01-19-02-12-H_291.jpg, VERSED01-19-02-12-H_292.jpg, VERSED01-19-02-12-H_293.jpg, VERSED01-19-02-12-H_294.jpg, VERSED01-19-02-12-H_295.jpg, VERSED01-19-02-12-H_296.jpg, VERSED01-19-02-12-H_297.jpg, VERSED01-19-02-12-H_298.jpg, VERSED01-19-02-12-H_299.jpg, VERSED01-19-02-12-H_300.jpg, VERSED01-19-02-12-H_301.jpg, VERSED01-19-02-12-H_302.jpg, VERSED01-19-02-12-H_303.jpg, VERSED01-19-02-12-H_304.jpg, VERSED01-19-02-12-H_305.jpg, VERSED01-19-02-12-H_306.jpg, VERSED01-19-02-12-H_307.jpg, VERSED01-19-02-12-H_308.jpg, VERSED01-19-02-12-H_309.jpg, VERSED01-19-02-12-H_310.jpg, VERSED01-19-02-12-H_311.jpg, VERSED01-19-02-12-H_312.jpg, VERSED01-19-02-12-H_313.jpg, VERSED01-19-02-12-H_314.jpg, VERSED01-19-02-12-H_315.jpg, VERSED01-19-02-12-H_316.jpg, VERSED01-19-02-12-H_317.jpg, VERSED01-19-02-12-H_318.jpg, VERSED01-19-02-12-H_319.jpg, VERSED01-19-02-12-H_320.jpg, VERSED01-19-02-12-H_321.jpg, VERSED01-19-02-12-H_322.jpg, VERSED01-19-02-12-H_323.jpg, VERSED01-19-02-12-H_324.jpg, VERSED01-19-02-12-H_325.jpg, VERSED01-19-02-12-H_326.jpg, VERSED01-19-02-12-H_327.jpg, VERSED01-19-02-12-H_328.jpg,

- **Individual Photographs:** VERSED01-19-02-12-H_329.jpg, VERSED01-19-02-12-I_001.jpg, VERSED01-19-02-12-I_002.jpg, VERSED01-19-02-12-I_004.jpg, VERSED01-19-02-12-I_005.jpg, VERSED01-19-02-12-I_006.jpg, VERSED01-19-02-12-I_007.jpg, VERSED01-19-02-12-I_008.jpg, VERSED01-19-02-12-I_009.jpg, VERSED01-19-02-12-I_010.jpg, VERSED01-19-02-12-I_011.jpg, VERSED01-19-02-12-I_012.jpg, VERSED01-19-02-12-I_013.jpg, VERSED01-19-02-12-I_014.jpg, VERSED01-19-02-12-I_015.jpg, VERSED01-19-02-12-I_016.jpg, VERSED01-19-02-12-I_017.jpg, VERSED01-19-02-12-I_018.jpg, VERSED01-19-02-12-I_019.jpg, VERSED01-19-02-12-I_020.jpg, VERSED01-19-02-12-I_021.jpg, VERSED01-19-02-12-I_023.jpg, VERSED01-19-02-12-I_024.jpg, VERSED01-19-02-12-I_025.jpg, VERSED01-19-02-12-I_027.jpg, VERSED01-19-02-12-I_028.jpg, VERSED01-19-02-12-I_029.jpg, VERSED01-19-02-12-I_030.jpg, VERSED01-19-02-12-I_031.jpg, VERSED01-19-02-12-I_032.jpg, VERSED01-19-02-12-I_033.jpg, VERSED01-19-02-12-I_034.jpg, VERSED01-19-02-12-I_035.jpg, VERSED01-19-02-12-I_036.jpg, VERSED01-19-02-12-I_037.jpg, VERSED01-19-02-12-I_038.jpg, VERSED01-19-02-12-I_039.jpg, VERSED01-19-02-12-I_040.jpg, VERSED01-19-02-12-I_041.jpg, VERSED01-19-02-12-I_042.jpg, VERSED01-19-02-12-I_043.jpg, VERSED01-19-02-12-I_044.jpg, VERSED01-19-02-12-I_045.jpg, VERSED01-19-02-12-I_046.jpg, VERSED01-19-02-12-I_047.jpg, VERSED01-19-02-12-I_048.jpg, VERSED01-19-02-12-I_049.jpg, VERSED01-19-02-12-I_050.jpg, VERSED01-19-02-12-I_051.jpg, VERSED01-19-02-12-I_052.jpg, VERSED01-19-02-12-I_053.jpg, VERSED01-19-02-12-I_054.jpg, VERSED01-19-02-12-I_055.jpg, VERSED01-19-02-12-I_056.jpg,

VERSED01-19-02-12-I_057.jpg, VERSED01-19-02-12-I_058.jpg,
VERSED01-19-02-12-I_059.jpg, VERSED01-19-02-12-I_060.jpg,
VERSED01-19-02-12-I_061.jpg, VERSED01-19-02-12-I_062.jpg,

- **Individual Photographs:** VERSED01-19-02-12-I_063.jpg, VERSED01-19-02-12-I_064.jpg,
  VERSED01-19-02-12-I_065.jpg, VERSED01-19-02-12-I_066.jpg,
  VERSED01-19-02-12-I_067.jpg, VERSED01-19-02-12-I_068.jpg,
  VERSED01-19-02-12-I_069.jpg, VERSED01-19-02-12-I_070.jpg,
  VERSED01-19-02-12-I_071.jpg, VERSED01-19-02-12-I_072.jpg,
  VERSED01-19-02-12-I_073.jpg, VERSED01-19-02-12-I_074.jpg,
  VERSED01-19-02-12-I_075.jpg, VERSED01-19-02-12-I_076.jpg,
  VERSED01-19-02-12-I_077.jpg, VERSED01-19-02-12-I_078.jpg,
  VERSED01-19-02-12-I_080.jpg, VERSED01-19-02-12-I_081.jpg,
  VERSED01-19-02-12-I_082.jpg, VERSED01-19-02-12-I_083.jpg,
  VERSED01-19-02-12-I_084.jpg, VERSED01-19-02-12-I_085.jpg,
  VERSED01-19-02-12-I_086.jpg, VERSED01-19-02-12-I_087.jpg,
  VERSED01-19-02-12-I_088.jpg, VERSED01-19-02-12-I_089.jpg,
  VERSED01-19-02-12-I_091.jpg, VERSED01-19-02-12-I_092.jpg,
  VERSED01-19-02-12-I_093.jpg, VERSED01-19-02-12-I_094.jpg,
  VERSED01-19-02-12-I_095.jpg, VERSED01-19-02-12-I_096.jpg,
  VERSED01-19-02-12-I_097.jpg, VERSED01-19-02-12-I_104.jpg,
  VERSED01-19-02-12-I_105.jpg, VERSED01-19-02-12-I_106.jpg,
  VERSED01-19-02-12-I_108.jpg, VERSED01-19-02-12-I_109.jpg,
  VERSED01-19-02-12-I_110.jpg, VERSED01-19-02-12-I_111.jpg,
  VERSED01-19-02-12-I_112.jpg, VERSED01-19-02-12-I_113.jpg,
  VERSED01-19-02-12-I_114.jpg, VERSED01-19-02-12-I_115.jpg,
  VERSED01-19-02-12-I_116.jpg, VERSED01-19-02-12-I_117.jpg,
  VERSED01-19-02-12-I_118.jpg, VERSED01-19-02-12-I_119.jpg,
  VERSED01-19-02-12-I_120.jpg, VERSED01-19-02-12-I_121.jpg,
  VERSED01-19-02-12-I_122.jpg, VERSED01-19-02-12-I_123.jpg,
  VERSED01-19-02-12-I_124.jpg, VERSED01-19-02-12-I_125.jpg,
  VERSED01-19-02-12-I_126.jpg, VERSED01-19-02-12-I_127.jpg,
  VERSED01-19-02-12-I_128.jpg, VERSED01-19-02-12-I_129.jpg,
  VERSED01-19-02-12-I_130.jpg, VERSED01-19-02-12-I_131.jpg,

- **Individual Photographs:** VERSED01-19-02-12-I_132.jpg, VERSED01-19-02-12-I_133.jpg,
  VERSED01-19-02-12-I_134.jpg, VERSED01-19-02-12-I_135.jpg,
  VERSED01-19-02-12-I_136.jpg, VERSED01-19-02-12-I_137.jpg,
  VERSED01-19-02-12-I_138.jpg, VERSED01-19-02-12-I_139.jpg,
  VERSED01-19-02-12-I_140.jpg, VERSED01-19-02-12-I_141.jpg,
  VERSED01-19-02-12-I_142.jpg, VERSED01-19-02-12-I_143.jpg,
  VERSED01-19-02-12-I_145.jpg, VERSED01-19-02-12-J_001.jpg,
  VERSED01-19-02-12-J_002.jpg, VERSED01-19-02-12-J_003.jpg,
  VERSED01-19-02-12-J_004.jpg, VERSED01-19-02-12-J_005.jpg,
  VERSED01-19-02-12-J_006.jpg, VERSED01-19-02-12-J_007.jpg,
  VERSED01-19-02-12-J_008.jpg, VERSED01-19-02-12-J_009.jpg,
  VERSED01-19-02-12-J_010.jpg, VERSED01-19-02-12-J_011.jpg,
  VERSED01-19-02-12-J_012.jpg, VERSED01-19-02-12-J_013.jpg,
  VERSED01-19-02-12-J_014.jpg, VERSED01-19-02-12-J_015.jpg,
  VERSED01-19-02-12-J_016.jpg, VERSED01-19-02-12-J_017.jpg,
  VERSED01-19-02-12-J_018.jpg, VERSED01-19-02-12-J_019.jpg,
  VERSED01-19-02-12-J_020.jpg, VERSED01-19-02-12-J_021.jpg,
  VERSED01-19-02-12-J_022.jpg, VERSED01-19-02-12-J_023.jpg,
  VERSED01-19-02-12-J_024.jpg, VERSED01-19-02-12-J_025.jpg,
  VERSED01-19-02-12-J_026.jpg, VERSED01-19-02-12-J_027.jpg,
  VERSED01-19-02-12-J_028.jpg, VERSED01-19-02-12-J_029.jpg,
  VERSED01-19-02-12-J_030.jpg, VERSED01-19-02-12-J_031.jpg,
  VERSED01-19-02-12-J_032.jpg, VERSED01-19-02-12-J_033.jpg,



VERSED01-19-02-12-J_034.jpg, VERSED01-19-02-12-J_035.jpg,
VERSED01-19-02-12-J_036.jpg, VERSED01-19-02-12-J_037.jpg,
VERSED01-19-02-12-J_038.jpg, VERSED01-19-02-12-J_039.jpg,
VERSED01-19-02-12-J_040.jpg, VERSED01-19-02-12-J_041.jpg,
VERSED01-19-02-12-J_042.jpg, VERSED01-19-02-12-J_043.jpg,
VERSED01-19-02-12-J_044.jpg, VERSED01-19-02-12-J_045.jpg,
VERSED01-19-02-12-J_046.jpg, VERSED01-19-02-12-J_047.jpg,

- **Individual Photographs:**
VERSED01-19-02-12-J_048.jpg, VERSED01-19-02-12-J_049.jpg,
VERSED01-19-02-12-J_050.jpg, VERSED01-19-02-12-J_051.jpg,
VERSED01-19-02-12-J_052.jpg, VERSED01-19-02-12-J_053.jpg,
VERSED01-19-02-12-J_054.jpg, VERSED01-19-02-12-J_055.jpg,
VERSED01-19-02-12-J_056.jpg, VERSED01-19-02-12-J_057.jpg,
VERSED01-19-02-12-J_058.jpg, VERSED01-19-02-12-J_059.jpg,
VERSED01-19-02-12-J_060.jpg, VERSED01-19-02-12-J_061.jpg,
VERSED01-19-02-12-J_062.jpg, VERSED01-19-02-12-J_064.jpg,
VERSED01-19-02-12-J_065.jpg, VERSED01-19-02-12-J_066.jpg,
VERSED01-19-02-12-J_067.jpg, VERSED01-19-02-12-J_068.jpg,
VERSED01-19-02-12-J_069.jpg, VERSED01-19-02-12-J_070.jpg,
VERSED01-19-02-12-J_071.jpg, VERSED01-19-02-12-J_072.jpg,
VERSED01-19-02-12-J_073.jpg, VERSED01-19-02-12-J_074.jpg,
VERSED01-19-02-12-J_075.jpg, VERSED01-19-02-12-J_076.jpg,
VERSED01-19-02-12-J_077.jpg, VERSED01-19-02-12-J_078.jpg,
VERSED01-19-02-12-J_079.jpg, VERSED01-19-02-12-J_080.jpg,
VERSED01-19-02-12-J_081.jpg, VERSED01-19-02-12-J_082.jpg,
VERSED01-19-02-12-J_083.jpg, VERSED01-19-02-12-J_084.jpg,
VERSED01-19-02-12-J_085.jpg, VERSED01-19-02-12-J_086.jpg,
VERSED01-19-02-12-J_087.jpg, VERSED01-19-02-12-J_088.jpg,
VERSED01-19-02-12-J_089.jpg, VERSED01-19-02-12-J_090.jpg,
VERSED01-19-02-12-J_091.jpg, VERSED01-19-02-12-J_092.jpg,
VERSED01-19-02-12-J_093.jpg, VERSED01-19-02-12-J_094.jpg,
VERSED01-19-02-12-J_095.jpg, VERSED01-19-02-12-J_096.jpg,
VERSED01-19-02-12-J_097.jpg, VERSED01-19-02-12-J_098.jpg,
VERSED01-19-02-12-J_099.jpg, VERSED01-19-02-12-J_100.jpg,
VERSED01-19-02-12-J_101.jpg, VERSED01-19-02-12-J_102.jpg,
VERSED01-19-02-12-J_103.jpg, VERSED01-19-02-12-J_104.jpg,
VERSED01-19-02-12-J_105.jpg, VERSED01-19-02-12-J_106.jpg,
VERSED01-19-02-12-J_107.jpg, VERSED01-19-02-12-J_108.jpg,

- **Individual Photographs:**
VERSED01-19-02-12-J_109.jpg, VERSED01-19-02-12-J_110.jpg,
VERSED01-19-02-12-J_111.jpg, VERSED01-19-02-12-J_112.jpg,
VERSED01-19-02-12-J_113.jpg, VERSED01-19-02-12-J_114.jpg,
VERSED01-19-02-12-J_115.jpg, VERSED01-19-02-12-J_116.jpg,
VERSED01-19-02-12-J_117.jpg, VERSED01-19-02-12-J_118.jpg,
VERSED01-19-02-12-J_119.jpg, VERSED01-19-02-12-J_120.jpg,
VERSED01-19-02-12-J_121.jpg, VERSED01-19-02-12-J_122.jpg,
VERSED01-19-02-12-J_123.jpg, VERSED01-19-02-12-J_124.jpg,
VERSED01-19-02-12-J_125.jpg, VERSED01-19-02-12-J_126.jpg,
VERSED01-19-02-12-J_127.jpg, VERSED01-19-02-12-J_128.jpg,
VERSED01-19-02-12-J_129.jpg, VERSED01-19-02-12-J_130.jpg,
VERSED01-19-02-12-J_131.jpg, VERSED01-19-02-12-J_132.jpg,
VERSED01-19-02-12-J_133.jpg, VERSED01-19-02-12-J_134.jpg,
VERSED01-19-02-12-J_135.jpg, VERSED01-19-02-12-J_136.jpg,
VERSED01-19-02-12-J_137.jpg, VERSED01-19-02-12-J_139.jpg,
VERSED01-19-02-12-J_140.jpg, VERSED01-19-02-12-J_141.jpg,
VERSED01-19-02-12-J_142.jpg, VERSED01-19-02-12-J_143.jpg,
VERSED01-19-02-12-J_144.jpg, VERSED01-19-02-12-J_145.jpg,
VERSED01-19-02-12-J_146.jpg, VERSED01-19-02-12-J_147.jpg,

VERSED01-19-02-12-J_148.jpg, VERSED01-19-02-12-J_149.jpg,
VERSED01-19-02-12-J_150.jpg, VERSED01-19-02-12-J_151.jpg,
VERSED01-19-02-12-J_152.jpg, VERSED01-19-02-12-J_153.jpg,
VERSED01-19-02-12-J_154.jpg, VERSED01-19-02-12-J_155.jpg,
VERSED01-19-02-12-J_156.jpg, VERSED01-19-02-12-J_157.jpg,
VERSED01-19-02-12-J_158.jpg, VERSED01-19-02-12-J_159.jpg,
VERSED01-19-02-12-J_160.jpg, VERSED01-19-02-12-J_161.jpg,
VERSED01-19-02-12-J_162.jpg, VERSED01-19-02-12-J_163.jpg,
VERSED01-19-02-12-J_164.jpg, VERSED01-19-02-12-J_165.jpg,
VERSED01-19-02-12-J_166.jpg, VERSED01-19-02-12-J_167.jpg,
VERSED01-19-02-12-J_168.jpg, VERSED01-19-02-12-J_169.jpg,

- **Individual Photographs:**   VERSED01-19-02-12-J_170.jpg, VERSED01-19-02-12-J_171.jpg,
VERSED01-19-02-12-J_172.jpg, VERSED01-19-02-12-J_173.jpg,
VERSED01-19-02-12-J_174.jpg, VERSED01-19-02-12-J_175.jpg,
VERSED01-19-02-12-J_176.jpg, VERSED01-19-02-12-J_177.jpg,
VERSED01-19-02-12-J_178.jpg, VERSED01-19-02-12-J_179.jpg,
VERSED01-19-02-12-J_180.jpg, VERSED01-19-02-12-J_181.jpg,
VERSED01-19-02-12-J_182.jpg, VERSED01-19-02-12-J_183.jpg,
VERSED01-19-02-12-J_184.jpg, VERSED01-19-02-12-J_185.jpg,
VERSED01-19-02-12-J_186.jpg, VERSED01-19-02-12-J_187.jpg,
VERSED01-19-02-12-J_188.jpg, VERSED01-19-02-12-J_189.jpg,
VERSED01-19-02-12-J_190.jpg, VERSED01-19-02-12-J_191.jpg,
VERSED01-19-02-12-J_192.jpg, VERSED01-19-02-12-J_193.jpg,
VERSED01-19-02-12-J_194.jpg, VERSED01-19-02-12-J_195.jpg,
VERSED01-19-02-12-J_196.jpg, VERSED01-19-02-12-J_197.jpg,
VERSED01-19-02-12-J_198.jpg, VERSED01-19-02-12-J_199.jpg,
VERSED01-19-02-12-J_200.jpg, VERSED01-19-02-12-J_201.jpg,
VERSED01-19-02-12-J_202.jpg, VERSED01-19-02-12-J_203.jpg,
VERSED01-19-02-12-J_204.jpg, VERSED01-19-02-12-J_205.jpg,
VERSED01-19-02-12-J_206.jpg, VERSED01-19-02-12-J_207.jpg,
VERSED01-19-02-12-J_208.jpg, VERSED01-19-02-12-J_209.jpg,
VERSED01-19-02-12-J_210.jpg, VERSED01-19-02-12-J_211.jpg,
VERSED01-19-02-12-J_212.jpg, VERSED01-19-02-12-J_213.jpg,
VERSED01-19-02-12-J_214.jpg, VERSED01-19-02-12-J_215.jpg,
VERSED01-19-02-12-J_216.jpg, VERSED01-19-02-12-J_217.jpg,
VERSED01-19-02-12-J_218.jpg, VERSED01-19-02-12-J_219.jpg,
VERSED01-19-02-12-J_220.jpg, VERSED01-19-02-12-J_221.jpg,
VERSED01-19-02-12-J_222.jpg, VERSED01-19-02-12-J_223.jpg,
VERSED01-19-02-12-J_224.jpg, VERSED01-19-02-12-J_225.jpg,
VERSED01-19-02-12-J_226.jpg, VERSED01-19-02-12-J_227.jpg,
VERSED01-19-02-12-J_228.jpg, VERSED01-19-02-12-J_229.jpg,

- **Individual Photographs:**   VERSED01-19-02-12-J_230.jpg, VERSED01-19-02-12-J_231.jpg,
VERSED01-19-02-12-J_232.jpg, VERSED01-19-02-12-J_233.jpg,
VERSED01-19-02-12-J_234.jpg, VERSED01-19-02-12-J_235.jpg,
VERSED01-19-02-12-J_236.jpg, VERSED01-19-02-12-J_237.jpg,
VERSED01-19-02-12-J_238.jpg, VERSED01-19-02-12-J_239.jpg,
VERSED01-19-02-12-J_240.jpg, VERSED01-19-02-12-J_241.jpg,
VERSED01-19-02-12-J_242.jpg, VERSED01-19-02-12-J_243.jpg,
VERSED01-19-02-12-J_244.jpg, VERSED01-19-02-12-J_245.jpg,
VERSED01-19-02-12-J_246.jpg, VERSED01-19-02-12-K_001.jpg,
VERSED01-19-02-12-K_002.jpg, VERSED01-19-02-12-K_003.jpg,
VERSED01-19-02-12-K_006.jpg, VERSED01-19-02-12-K_007.jpg,
VERSED01-19-02-12-K_008.jpg, VERSED01-19-02-12-K_009.jpg,
VERSED01-19-02-12-K_010.jpg, VERSED01-19-02-12-K_011.jpg,
VERSED01-19-02-12-K_012.jpg, VERSED01-19-02-12-K_013.jpg,
VERSED01-19-02-12-K_014.jpg, VERSED01-19-02-12-K_015.jpg,



VERSED01-19-02-12-K_016.jpg, VERSED01-19-02-12-K_017.jpg,
VERSED01-19-02-12-K_018.jpg, VERSED01-19-02-12-K_019.jpg,
VERSED01-19-02-12-K_020.jpg, VERSED01-19-02-12-K_021.jpg,
VERSED01-19-02-12-K_022.jpg, VERSED01-19-02-12-K_023.jpg,
VERSED01-19-02-12-K_024.jpg, VERSED01-19-02-12-K_025.jpg,
VERSED01-19-02-12-K_026.jpg, VERSED01-19-02-12-K_027.jpg,
VERSED01-19-02-12-K_028.jpg, VERSED01-19-02-12-K_029.jpg,
VERSED01-19-02-12-K_030.jpg, VERSED01-19-02-12-K_031.jpg,
VERSED01-19-02-12-K_032.jpg, VERSED01-19-02-12-K_033.jpg,
VERSED01-19-02-12-K_034.jpg, VERSED01-19-02-12-K_035.jpg,
VERSED01-19-02-12-K_036.jpg, VERSED01-19-02-12-K_037.jpg,
VERSED01-19-02-12-K_038.jpg, VERSED01-19-02-12-K_039.jpg,
VERSED01-19-02-12-K_040.jpg, VERSED01-19-02-12-K_041.jpg,
VERSED01-19-02-12-K_042.jpg, VERSED01-19-02-12-K_043.jpg,
VERSED01-19-02-12-K_044.jpg, VERSED01-19-02-12-K_045.jpg,

- **Individual Photographs:** VERSED01-19-02-12-K_046.jpg, VERSED01-19-02-12-K_047.jpg,
VERSED01-19-02-12-K_048.jpg, VERSED01-19-02-12-K_050.jpg,
VERSED01-19-02-12-K_051.jpg, VERSED01-19-02-12-K_052.jpg,
VERSED01-19-02-12-K_053.jpg, VERSED01-19-02-12-K_054.jpg,
VERSED01-19-02-12-K_055.jpg, VERSED01-19-02-12-K_056.jpg,
VERSED01-19-02-12-K_057.jpg, VERSED01-19-02-12-K_058.jpg,
VERSED01-19-02-12-K_059.jpg, VERSED01-19-02-12-K_060.jpg,
VERSED01-19-02-12-K_061.jpg, VERSED01-19-02-12-K_062.jpg,
VERSED01-19-02-12-K_064.jpg, VERSED01-19-02-12-K_065.jpg,
VERSED01-19-02-12-K_066.jpg, VERSED01-19-02-12-K_067.jpg,
VERSED01-19-02-12-K_068.jpg, VERSED01-19-02-12-K_069.jpg,
VERSED01-19-02-12-K_070.jpg, VERSED01-19-02-12-K_071.jpg,
VERSED01-19-02-12-K_072.jpg, VERSED01-19-02-12-K_073.jpg,
VERSED01-19-02-12-K_074.jpg, VERSED01-19-02-12-K_075.jpg,
VERSED01-19-02-12-K_076.jpg, VERSED01-19-02-12-K_077.jpg,
VERSED01-19-02-12-K_078.jpg, VERSED01-19-02-12-K_079.jpg,
VERSED01-19-02-12-K_080.jpg, VERSED01-19-02-12-K_081.jpg,
VERSED01-19-02-12-K_082.jpg, VERSED01-19-02-12-K_083.jpg,
VERSED01-19-02-12-K_084.jpg, VERSED01-19-02-12-K_085.jpg,
VERSED01-19-02-12-K_086.jpg, VERSED01-19-02-12-K_087.jpg,
VERSED01-19-02-12-K_088.jpg, VERSED01-19-02-12-K_089.jpg,
VERSED01-19-02-12-K_090.jpg, VERSED01-19-02-12-K_091.jpg,
VERSED01-19-02-12-K_093.jpg, VERSED01-19-02-12-K_094.jpg,
VERSED01-19-02-12-K_095.jpg, VERSED01-19-02-12-K_096.jpg,
VERSED01-19-02-12-K_097.jpg, VERSED01-19-02-12-K_098.jpg,
VERSED01-19-02-12-K_099.jpg, VERSED01-19-02-12-K_100.jpg,
VERSED01-19-02-12-K_101.jpg, VERSED01-19-02-12-K_102.jpg,
VERSED01-19-02-12-K_103.jpg, VERSED01-19-02-12-K_104.jpg,
VERSED01-19-02-12-K_105.jpg, VERSED01-19-02-12-K_106.jpg,
VERSED01-19-02-12-K_107.jpg, VERSED01-19-02-12-K_108.jpg,

- **Individual Photographs:** VERSED01-19-02-12-K_110.jpg, VERSED01-19-02-12-K_111.jpg,
VERSED01-19-02-12-K_112.jpg, VERSED01-19-02-12-K_113.jpg,
VERSED01-19-02-12-K_114.jpg, VERSED01-19-02-12-K_115.jpg,
VERSED01-19-02-12-K_116.jpg, VERSED01-19-02-12-K_117.jpg,
VERSED01-19-02-12-K_118.jpg, VERSED01-19-02-12-K_119.jpg,
VERSED01-19-02-12-K_120.jpg, VERSED01-19-02-12-K_121.jpg,
VERSED01-19-02-12-K_122.jpg, VERSED01-19-02-12-K_123.jpg,
VERSED01-19-02-12-K_124.jpg, VERSED01-19-02-12-K_125.jpg,
VERSED01-19-02-12-K_126.jpg, VERSED01-19-02-12-K_127.jpg,
VERSED01-19-02-12-K_128.jpg, VERSED01-19-02-12-K_129.jpg,
VERSED01-19-02-12-K_130.jpg, VERSED01-19-02-12-K_131.jpg,

VERSED01-19-02-12-K_132.jpg, VERSED01-19-02-12-K_133.jpg,
VERSED01-19-02-12-K_134.jpg, VERSED01-19-02-12-K_135.jpg,
VERSED01-19-02-12-K_136.jpg, VERSED01-19-02-12-K_137.jpg,
VERSED01-19-02-12-K_138.jpg, VERSED01-19-02-12-K_139.jpg,

## Completion/Publication

**Year of Completion:** 2019

## Author

**Author:** Troy R Covey
**Author Created:** photographs
**Work made for hire:** No
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Troy R Covey
311 W 47th St, Apt 3A, New York, NY, 10036

## Certification

**Name:** Troy Covey
**Date:** March 18, 2019
**Applicant's Tracking Number:** VERSED01-GROUP_4_OF_5

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of unpublished photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) are unpublished AND (b) were created by the same author AND (c) are owned by the same copyright claimant AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title and file name for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# Exhibit 5



**INVOICE**               *AU2INV675*

AMOUNT          *$ 11,500.00*
DATE            *Jul 15, 2020*
DUE DATE        *Aug 14, 2020*

BILL TO                                               SHIP TO

CLIENT ID       *AU2CT927*

PROJECT         ███████*Makeup US / 2020*

DESCRIPTION     *Used on a beauty and cosmetic company website (current site hosts original work by Troy Covey - see* ████████████ *to promote custom lipstick.*

REFERENCE       *Troy Covey* ████████

USAGE           *Website*

|  |  | UNIT PRICE | QTY | ADJ. | LINE TOTAL |
|---|---|---|---|---|---|



ASSET UNIQUE ID:     *AU11436077*                                                                $ 1,600.00
ASSET LEGACY ID:     *INDED41-D_282-FINAL_RGB*
PHOTOGRAPHER:        *Troy Covey*
ASSET SUBJECT:
*Molly Constable*
USAGE DESCRIPTION:
*Nonexclusive right to use image on the* ████ *cosmetics website for 1 year*



ASSET UNIQUE ID:     *AU11343315*                                                                $ 1,600.00
ASSET LEGACY ID:     *INDED30-18-08-04-B_046-FINAL_RGB*
PHOTOGRAPHER:        *Troy Covey*
ASSET SUBJECT:
*Wemi Ahunamba*
USAGE DESCRIPTION:
*Nonexclusive right to use image on the* ████ *cosmetics website for 1 year*

ASSET UNIQUE ID:     *AU11383590*                                                                $ 1,600.00
ASSET LEGACY ID:     *INDED38-03-19-19-ANITA-A-097-FINAL_RGB*
PHOTOGRAPHER:        *Troy Covey*
USAGE DESCRIPTION:
*Nonexclusive right to use image on the* ████ *cosmetics website for 1 year*

ASSET UNIQUE ID:     *AU11383595*                                                                $ 1,660.00
ASSET LEGACY ID:     *INDED38-03-19-19-AIYANA-E-049-FINAL_RGB*
PHOTOGRAPHER:        *Troy Covey*
USAGE DESCRIPTION:
*Nonexclusive right to use image on the* ████ *cosmetics website for 1 year*



1 / 2

# Exhibit 6



**From:** do_not_reply@psc.uscourts.gov
**Subject:** Pay.gov Payment Confirmation: CALIFORNIA CENTRAL DISTRICT COURT
**Date:** June 9, 2022 at 10:55 AM
**To:** dramirez@higbeeassociates.com

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: CM/ECF Helpdesk at 213-894-0242.

Account Number: 3481709
Court: CALIFORNIA CENTRAL DISTRICT COURT
Amount: $402.00
Tracking Id: ACACDC-33441794
Approval Code: 66741P
Card Number: ************7044
Date/Time: 06/09/2022 01:55:28 ET

NOTE: This is an automated message. Please do not reply



**WRIT LEGAL®**
going beyond the service of process

P.O. BOX 2249 Rockville, MD 20847
Phone: (888) 667-2038   Fax: (888) 290-0024
www.writlegal.com

# PROCESS INVOICE

TAX ID 45-1741534

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| **HIGAS** | **6/20/2022** | **WL18611** |

**Bill To:**

Law Firm of Higbee & Associates
1504 Brookhollow Dr Ste 112
Santa Ana, CA 927055418
Ordered By: Diana S. Ramirez

File No:  **591773 - SevenSkin Beauty LLC**
Case No:  **2:22-cv-03944-CAS-PD**
Plaintiff:  **Troy Covey**
Defendant:  **Sevenskin Beauty LLC, et al.**

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **PS3 - Standard Process (Discount)** | | | **95.00** |

**SUMMARY**
**Court:  UNITED STATES DISTRICT COURT FOR TH**
**Servee: SevenSkin Beauty LLC c/o: Olivia Olivia Griffian, Registered Agent**
**Left With: Olivia Griffian - Agent for Service**
**Address: (Residence) 1121 Queen Anne Pl, #  Los Angeles, CA 90019-6848**
**Documents: SEE ATTACHED LIST**
**Result: Substituted Service**

| | | |
|---|---|---|
| **Completed on 6/16/2022 at 3:30 PM** | **TOTAL DUE** | **$ 95.00** |

Thank you for choosing Writ Legal, LLC!

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| **HIGAS** | **6/20/2022** | **WL18611** |

**Remit To:**

Writ Legal, LLC
P.O. BOX 2249
Rockville, MD 20847

| TOTAL DUE: | **$  95.00** |
|---|---|

**1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.**

**2. MAKE CHECKS PAYABLE TO  Writ Legal, LLC**

Order#:WL18611/INVOICEP



P.O. BOX 2249 Rockville, MD 20847
Phone: (888) 667-2038   Fax: (888) 290-0024
www.writlegal.com

**PROCESS INVOICE**

TAX ID 45-1741534

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| HIGAS | 6/20/2022 | WL18612 |

**Bill To:**

Law Firm of Higbee & Associates
1504 Brookhollow Dr Ste 112
Santa Ana, CA 927055418
Ordered By: Diana S. Ramirez

File No: **591773 - Olivia Griffain**
Case No: **2:22-cv-03944-CAS-PD**
Plaintiff: **Troy Covey**
Defendant: **Sevenskin Beauty LLC, et al.**

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| PS3 - Standard Process | | | 135.00 |

**SUMMARY**
Court: **UNITED STATES DISTRICT COURT FOR TH**
Servee: **Olivia Griffain**
Address: **(Residence) 1121 Queen Anne Pl, #  Los Angeles, CA 90019-6848**
Documents: SEE ATTACHED LIST
Result: **Personally Served**

Completed on 6/16/2022 at 3:30 PM

| | TOTAL DUE | $ 135.00 |
|---|---|---|

Thank you for choosing Writ Legal, LLC!

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| HIGAS | 6/20/2022 | WL18612 |

**Remit To:**

Writ Legal, LLC
P.O. BOX 2249
Rockville, MD 20847

**TOTAL DUE:**    $   135.00

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.

2. MAKE CHECKS PAYABLE TO  **Writ Legal, LLC**

Order#:WL18612/INVOICEP