Mathew K. Higbee, Esq., SBN 241380
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8350
(714) 597-6559 facsimile
mhigbee@higbeeassociates.com

*Attorney for Plaintiff,*
TROY COVEY

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TROY COVEY**, <br><br> Plaintiff, <br><br> v. <br><br> **SEVENSKIN BEAUTY LLC;** <br> **OLIVIA GRIFFIAN, individually;** <br> **and DOES 1-10, inclusive**, <br><br> Defendants. | **Case No. 2:22-cv-03944-MWF-PDx** <br><br> **CERTIFICATE OF SERVICE OF SCHEDULING NOTICE AND ORDER** |

I, the undersigned, say:

I am a citizen of the United States, and I am a member of the Bar of this Court. I am over the age of 18 and not a party to the within action.

My business address is 1504 Brookhollow Dr., Ste 112, Santa Ana, California, 92705.

On September 22, 22, I caused to be served a true and correct copy of the foregoing **SCHEDULING NOTICE AND ORDER** on all parties in this action by placing true copies thereof in an enclosed in a sealed envelope and sending the sealed envelopes via First-Class U.S. mail, postage prepaid, to the last known address of each party as follows:

1

SevenSkin Beauty LLC
Olivia Griffian – Registered Agent
1121 Queen Anne Place
Los Angeles, California 90019

-AND-

Olivia Griffian
1121 Queen Anne Place
Los Angeles, California 90019

On September 22, 22, I caused to be served a true and correct copy of the foregoing **SCHEDULING NOTICE AND ORDER** on all parties in this action by emailing a true and correct copy true copy thereof on the following parties by email at the email address info@sevenskinbeauty.com:

SevenSkin Beauty LLC
Olivia Griffian – Registered Agent for SevenSkin Beauty LLC

-AND-

Olivia Griffian, individually

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on September 22, 2022, at Santa Ana, California.

**/s/ Mathew K. Higbee**
Mathew K. Higbee