UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 22-03944-MWF (PDx)**                    Dated: **September 26, 2022**

Title:     Troy Covey -*v*- SevenSkin Beauty, LLC et al.

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

Damon Berry                           Amy Diaz
Courtroom Deputy                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     PRESENT FOR DEFENDANTS:

Jayma Leath                           Olivia Griffian (Pro Se)
Matthew Higbee

PROCEEDINGS:  **MOTION FOR DEFAULT JUDGMENT [24] [TELEPHONIC HEARING]**

The Courtroom Deputy Clerk issues the Court's tentative ruling, prior to the hearing.

Case called, and counsel make their appearance. The Court continues the matter to October 31, 2022 at 9:00 a.m.  The hearing will be telephonic. An order will issue.

Initials of Deputy Clerk   dbe

-1-                                          :   15 min