JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY COVEY,<br><br>          Plaintiff,<br><br>     v.<br><br>SEVENSKIN BEAUTY LLC; OLIVIA GRIFFIAN, individually; and DOES 1-10, inclusive,<br><br>          Defendants. | Case No. CV 22-3944-MWF(PDx)<br><br>**ORDER DISMISSING ACTION** |

Plaintiff Troy Covey has stipulated that he has dismissed this case with prejudice against all named Defendants consistent with Fed. R. Civ. P. 41(a)(1)(A)(ii) and conditioned the dismissal upon the Court retaining jurisdiction to enforce the terms of the parties' settlement agreement. (Stipulation of Dismissal, Docket No. 36).

IT IS HEREBY ORDERED as follows:

1. The Court DISMISSES this action with prejudice and directs the Clerk to close this case. All pending motions are DENIED as moot; all pending deadlines and hearings are VACATED.

2. The Court will retain jurisdiction over this matter until February 1, 2024 to enforce the terms of the parties' settlement agreement.

**IT IS SO ORDERED.**

Dated: January 5, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge